# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RALPH SPARKS and JUDY SPARKS, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | Case No.: CIV-16-1154-M |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Ralph Sparks and Judy Sparks, by and through their counsel of record, dismiss their cause of action against Defendant, State Farm Fire and Casualty Company, with prejudice to the refiling of said cause.

Respectfully submitted,

_____
David W. Little, OBA#14407
Law Offices of David Little
115 E California St., Suite 350
Oklahoma City, OK 73104
Telephone: 405-236-4200
Facsimile: 405-236-4205
ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of June 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**MICHAEL W. BREWER, OBA #11769**
**HILTGEN & BREWER, P.C.**
9505 North Kelley Avenue
Oklahoma City, OK 73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
**ATTORNEY FOR DEFENDANT**

David W. Little