# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RALPH SPARKS and JUDY SPARKS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-16-1154-M |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is plaintiffs' Stipulated Dismissal with Prejudice, which this Court construes as a motion to dismiss with prejudice. Having reviewed plaintiffs' stipulated dismissal, the Court GRANTS plaintiffs' motion to dismiss with prejudice [docket no. 24] and DISMISSES this action with prejudice.

**IT IS SO ORDERED this 6th day of July, 2017.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE